UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.

04 - 12433 JLT

New Bedford Fishermen's Pension Trust
By its Trustees,

        Plaintiff

vs.

Silva Fishing Corp., Owner of the
F/V Lutador,

        Defendant

MAGISTRATE JUDGE _____

**COMPLAINT**

Plaintiff, the Trustees of the New Bedford Fishermen's Pension Trust (hereinafter "Trust"), by its attorney, as and for its complaint, states as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974, "ERISA", P.L. 93-406, Title 29, §1001, et. seq., as amended, and the Labor Management Relations Act, 29 U.S.C. §185, as amended.

2. This action is brought by the Trust to enforce the payment of contributions to the plaintiff benefit plan arising out of the withdrawal liability on the part of the defendant.

3. The failure of an employer to make withdrawal liability payment shall be treated in the same manner as a delinquent contribution within the meaning of Section 1145 of Title 29 of the U.S. Code. 29 USC §1451.

4. The District Court has jurisdiction of this action under 29 USC §1132(f) and 29 USC §1451(c).

5. Venue of this action lies in this judicial district under 29 USC §1132(e)(2) and 29 USC §1451(e).

6. A copy of the pleadings in this action has been served on the Secretary of Labor and the Secretary of the Treasury by certified mail pursuant to 29 USC §1132(h).

**PARTIES**

7. The New Bedford Fishermen's Pension Trust is a multi-employer employee benefit retirement plan established under Section 302 of the Labor Management Relations Act, 29 U.S.C. §186, et. seq. The Trust is a multi-employer benefit plan within the meaning of ERISA.

8. The trustees of the New Bedford Fishermen's Pension Trust are Gerard Dhooge, Manuel F. Catulo, Antonio L. Santos, Manuel F. Marques, John Fay, and Joseph T. Soresi.

9. The Trust's sole administrative office is at 56 North Water Street, New Bedford, Massachusetts.

10. Upon information and belief, the defendant, Silva Fishing Corp., is a Massachusetts corporation with its principal place of business in New Bedford, Massachusetts, and is the owner of the fishing vessel Lutador.

11. Pursuant to a written collective bargaining agreement entered between Silva Fishing Corp. and the Seafarers International Union of North America, Atlantic, Gulf, Lakes and Inland Waters District, AFL-CIO (hereinafter the "Union"), the defendant is an employer in a multi-employer plan obligated to make employer contributions to the Trust. A copy of the current agreement is attached and incorporated herein as Exhibit "1".

12. By virtue of provisions contained in the collective bargaining agreement to which Silva Fishing Corp. is bound, as set forth in Exhibit "1", Silva Fishing Corp. did promise and become obligated to make contributions to the Trust.

13. Pursuant to 29 USC §1381, an employer who withdraws from a multi-employer plan is liable to the Plan for the amount of its withdrawal liability.

14. On or about October 29, 2004, the Trust learned that Silva Fishing Corp. was selling its fishing vessel, the F/V Lutador, and would thereby recognize a withdrawal liability.

15. The withdrawal liability of Silva Fishing Corp. has been determined by the Trust's actuary to be $68,382.09.

16. On information and belief, Jose Silva is the principal of Silva Fishing Corp. and is listed as president and director of the corporation. The Trust informed Jose Silva of the withdrawal liability and he said he would not pay it.

17. The corporation has refused to disclose the date of the proposed sale of its vessel and the name of the buyer.

WHEREFORE, plaintiff demands:

a. That this Court issue a temporary restraining order restraining and prohibiting Silva Fishing Corp., its officers, directors, employees, agents, attorneys, and representatives from distributing, transferring, encumbering, alienating, pledging, or otherwise disposing of $78,000.00 of the proceeds of the sale of the F/V Lutador and its fishing licenses, permits, and fishing history, and the Defendant deposit the same with the Court.

b. That this Court issue a preliminary injunction restraining and prohibiting Silva Fishing Corp., its officers, directors, employees, agents, attorneys, and representatives from distributing, transferring, encumbering, alienating, pledging, or otherwise disposing of $78,000.00 of the proceeds of the sale of the F/V Lutador and its fishing licenses, permits, and fishing history, and the Defendant deposit the same with the Court.

c. That the Defendant, after trial, be ordered by the Court to pay to the Trust, the amount of the withdrawal liability, including costs, interest, attorney's fees, and liquidated damages.

d. That the Trust shall have such other and further relief as the Court shall deem just and proper.

The Trustees of the New Bedford Fishermen's
Pension Trust
By its attorneys

*Mary E. Kelleher*
Mary E. Kelleher
Mickelson ♦ Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
(508) 993-8800
BBO # 544537

Date  11/18/04

G/USDC/NBFP-LUTADOR/COMPLAINT (6017)

EXHIBIT 1

2/26/01

# MEMORANDUM OF UNDERSTANDING

WHEREAS, The Seafarers International Union, Atlantic, Gulf, Lakes and Inland Waters District, AFL-CIO and F/V Contador are parties to a collective bargaining agreement known as the "Dragger Agreement" effective February 1986 through February 10, 1989;

WHERERAS, upon expiration of that Agreement, the parties mutually agreed to renew and extend the terms of that Agreement by the execution of a succession of Memorandum of Understanding which incorporated several modifications, the latest of which is due to expire on March 14, 2001.

WHEREAS, the parties wish to extend the terms and conditions of this Dragger Agreement, with the following modifications, for an additional three year term, so that all the terms and conditions therein will remain in full force and affect for an additional three year period; EXCEPT that Article 28.9, The Lay

1. Section (A) paragraphs (IX) and (X) shall be amended to read as follows:

    "(IX) 4% of gross stock to the New Bedford Fishermen's Welfare Fund

    (X) 2% of gross stock into the New Bedford Fishermen's Pension Plan"; and

2. Section (C) shall be amended to read as follows:

    "The Employer will then divide the remainder of the 52% by the number of men (Captain and Crew) and the resulting amounts shall be the share of each man."

3. Section (D) shall be amended to read as follows:

    "In addition, the Employer shall pay to the Captain an amount equal (10)% of 48% of the amount obtained after the deductions in Paragraph 28.9, Sub-paragraph A above. In computing wages of Captain and Crew in

Article 28.9. no other deductions shall be made except those provided for in A & B above and weighers and the deductions provided for in Paragraph 20.6"

NOW THEREFORE, the parties by execution of this Memorandum of Understanding agree to extend the aforementioned Agreement with the above stated modifications, from March 14, 2001 through March 14, 2004.

02-26-2001
Date

SEAFARERS INTERNATIONAL UNION,
ATLANTIC, GULF, LAKES AND
INLAND WATERS DISTRICT, AFL-CIO

BY: _Henri Francois_
Title: _Port Agent_

02-26-2001
Date

_Silva Fishing Corp._
Employer

_F/V Loutador_
Vessel(s)

BY: _Jose Silva_
Title: _President_

THE BELOW LISTED COMPANY AGREES TO BE BOUND BY THE TERMS & PROVISIONS OF THE FOLLOWING TRUST AGREEMENTS AND ANY AMENDMENTS OR MODIFICATIONS THEREOF:

AGREEMENT AND DECLARATION OF WELFARE PLAN OCTOBER 15, 1958 AS AMENDED FROM TIME TO TIME.

AGREEMENT AND DECLARATION OF PENSION TRUST JUNE 3, 1963 AS AMENDED FROM TIME TO TIME.

BOAT _F/V Cutador_

CORPORATION

_Silva Fishing Corp._

DATED: _02-26-01_   BY _Jose Silva_

NEW BEDFORD FISHERMEN'S WELFARE FUND
NEW BEDFORD FISHERMEN'S PENSION TRUST

DATED: _02-26-01_   _Henri Franco_

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
New Bedford Fishermen's Pension Trust, by its Trustees: Dhooge, Gerard; Catulo, Manuel F.; Santos, Antonio L.; Marques, Manuel F.; Fay, John; and Soresi, Joseph T.

**DEFENDANTS**
Silva Fishing Corp.

2004 NOV 18 A 11:55
U.S. DISTRICT COURT
DISTRICT OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Bristol
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Bristol
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mary E. Kelleher
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
(508) 993-8800      BBO # 544537

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
ERISA P.L. 93-406 Title 29 §1001 et seq. Pension plan contribution for withdrawal liability

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** $68,382.09, plus costs & fees

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 11/18/04
SIGNATURE OF ATTORNEY OF RECORD: Mary E. Kelleher

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __New Bedford Fishermen's Pension Trust vs. Silva Fishing Corp.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [X] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [X]   NO [ ]

   A. If yes, in which division do **all** of the non-governmental parties reside?

      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME __Mary E. Kelleher__

ADDRESS __30 Cornell Street, New Bedford, MA 02740__

TELEPHONE NO. __(508) 993-8800__

(Coversheetlocal.wpd - 10/17/02)