

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.

```
* * * * * * * * * * * * * * * * * * * * * * *
                                              *
New Bedford Fishermen's Pension Trust,        *
By its Trustees,                              *
                                              *
                Plaintiff                     *
vs.                                           *
                                              *   04-12433 JLT
Silva Fishing Corp., Owner of the             *
F/V Lutador,                                  *
                                              *
                Defendant                     *
                                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

### AFFIDAVIT OF ATTORNEY FOR PLAINTIFF

This affidavit is being submitted pursuant to F.R.Civ.P. 65(b).

I, Mary E. Kelleher, depose and say:

1. I am an attorney licensed to practice before the Courts of the Commonwealth of Massachusetts and represent plaintiff in this matter.

2. Defendant should not be given notice of the hearing on the temporary restraining order for the following reasons:

   a. The sale of the fishing vessel and distribution of proceeds may occur prior to a hearing on a preliminary injunction, leaving plaintiff without an adequate remedy.

2

b.  Once he learned of the fact of the withdrawal liability which would be owed to plaintiff upon the sale of the fishing vessel, the principal of defendant corporation informed the fund that he would ignore it and refused to provide information on the pending sale.

c.  On information and belief, Jose Silva recently settled a case with NOAA for illegally taking female lobsters and entered into a settlement of $150,000 and which prohibits him from fishing for 18 months.

Signed under the penalties of perjury this __18th__ day of November, 2004.

                                                                                          *Mary E. Kelleher*
                                                                                          Mary E. Kelleher

G/USDC/NBFP-LUTADOR/AFF OF MEK (6017)