AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

New Bedford Fishermen's Pension Trust, By its Trustees

**SUMMONS IN A CIVIL ACTION**

V.

Silva Fishing Corp., Owner of F/V Lutador

CASE NUMBER:

**04-12433 JLT**

TO: (Name and address of Defendant)

Silva Fishing Corp.
1270 Reed Road
N. Dartmouth, MA 02747

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary E. Kelleher
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(by) DEPUTY CLERK

NOV 15 2004

DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

November 22, 2004

I hereby certify and return that on 11/19/2004 at 03:53 pm I served a true and attested copy of the Summons and Complaint, Letter, Exhibit 1 & 2, Motion, Exhibit A, Affid., CA Cover Sheet in this action in the following manner: To wit, by delivering in hand to Maria Condez, agent, person in charge at the time of service for Silva Fishing Corp., 113 MacArthur Drive, New Bedford, MA. Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

*Deputy Sheriff*

Deputy Sheriff Michael P. Young

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.