UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12433 JLT

```
* * * * * * * * * * * * * * * * * * * * * * *
                                            *
New Bedford Fishermen's Pension Trust,      *
By its Trustees,                            *
                                            *
                  Plaintiffs                *
vs.                                         *
                                            *
Silva Fishing Corp., Owner of the           *
F/V Lutador,                                *
                                            *
                  Defendant                 *
                                            *
* * * * * * * * * * * * * * * * * * * * * * *
```

## STIPULATION AND ORDER

Now come the plaintiffs and defendant who stipulate and agree as follows:

1. On or before December 10, 2004, the defendant will pay $73,500 to its attorney, John A. Markey, Jr., of New Bedford, Massachusetts, to be held in escrow in a non-interest bearing account, pending the resolution of plaintiffs' claim. The defendant, by this stipulation, is not waiving its right to contest the asserted liability or amount thereof. The plaintiffs, by this stipulation, are not waiving their right to seek funds in excess of $73,500.

2. The escrowed funds may be used to make payments toward the withdrawal liability asserted by plaintiffs. The only other methods by which the escrowed funds may be released are either: (a) with written consent of both parties; or (b) by order of the Court.

3. The plaintiffs reserve the right to a future hearing on its motion for preliminary injunction should it deem itself insecure.

4. The parties agree that this stipulation is to be filed with the court for approval as an order.

| | |
|---|---|
| Silva Fishing Corp., Owner of the F/V Lutador<br>By its attorneys<br><br>*/s/ John A. Markey, Jr.*<br>John A. Markey, Jr.<br>Moses, Smith & Markey, LLC<br>50 Homers Wharf<br>New Bedford, MA 02740<br>(508) 993-9711<br>BBO # 633540 | The Trustees of the New Bedford Fishermen's Pension Trust<br>By their attorneys<br><br>*/s/ Mary E. Kelleher*<br>Mary E. Kelleher<br>Mickelson ♦ Barnet, P.C.<br>30 Cornell Street<br>New Bedford, MA 02740<br>(508) 993-8800<br>BBO # 544537 |

Date _____

G/USDC/NBFP-LUTADOR/STIPULATION (6017)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail (in hand)

on _____

_____