UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12433 JLT

```
* * * * * * * * * * * * * * * * * * * * * * *
                                            *
New Bedford Fishermen's Pension Trust,      *
By its Trustees,                            *
                                            *
                     Plaintiff              *
vs.                                         *
                                            *
Silva Fishing Corp., Owner of the           *
F/V Lutador,                                *
                                            *
                     Defendant              *
                                            *
* * * * * * * * * * * * * * * * * * * * * * *
```

**FILED IN CLERKS OFFICE**
**2005 FEB 28  A 11: 57**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

## JOINT SCHEDULING STATEMENT

Now come the parties in the above-entitled action and submit the following joint scheduling statement pursuant to Local Rule 16.1(D).

1. <u>Nature of Action</u>. The New Bedford Fishermen's Pension Trust is a multi-employer/employee benefit retirement plan within the meaning of ERISA. Plaintiff alleges that defendant withdrew from the multi-employer plan and is liable to the plan in the amount of its withdrawal liability of $68,382.09. The plaintiff is seeking damages in the amount of its withdrawal liability, less any payments, together with costs, interest, attorney's fees, and liquidated damages as provided by ERISA.

2. <u>Proposed Discovery Plan</u>. The parties propose the following discovery plan:

   a. All written discovery shall be served by May 31, 2005.

04-12433 JLT

    b.    All fact depositions will be completed by July 31, 2005.

    c.    Defendant's expert witnesses will be identified and expert reports will be provided by August 31, 2005.

    d.    Plaintiff's expert witnesses will be identified and expert reports will be provided by September 30, 2005.

    e.    Depositions of expert witnesses will be completed by October 31, 2005.

    f.    Dispositive motions will be filed no later than December 31, 2005, but they may be filed at any time previous thereto.

    g.    Discovery motions, to the extent they are necessary, will be filed prior to the close of discovery.

    h.    Trial motions are to be served not less than seven (7) days prior to trial, except for good cause.

3.    Amendments/Supplements to pleadings to add claim of maritime lien against the fishing vessel and its owner to be filed by April 1, 2005 and whether the motion to amend/supplement will be opposed.

4.    <u>Trial by magistrate judge</u>.  Parties have discussed the issue of trial before a magistrate judge and defendant prefers the matter stay with the currently assigned judge.

5.    <u>Certifications of Counsel</u>.

    a.    Plaintiff's counsel certifies that she has conferred with her client,
        (i)    regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(ii)  to consider the resolution of litigation through alternative dispute resolution programs such as those outlined in LR 16.4. *See* Certificate of Plaintiff attached hereto.

| | |
|---|---|
| Silva Fishing Corp.<br>By its attorneys<br><br>*/s/ John A. Markey, Jr. by MEK*<br>John A. Markey, Jr.<br>Moses, Smith & Markey, LLC<br>50 Homers Wharf<br>New Bedford, MA 02740<br>(508) 993-9711<br>BBO # 633540<br><br>Date 2/25/2005 | New Bedford Fishermen's Pension Trust<br>By its attorneys<br><br>*/s/ Mary E. Kelleher*<br>Mary E. Kelleher<br>Mickelson ♦ Barnet, P.C.<br>30 Cornell Street<br>New Bedford, MA 02740<br>(508) 993-8800<br>BBO # 544537 |

G/NBFP/SILVA/JNT SCHEDULING (6017)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail (in hand) on 2/25/2005

*/s/ Mary E. Kelleher*