UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action No. 04-12433-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
New Bedford Fishermen's Pension Trust,    *
By its Trustees,                          *
                                          *
                Plaintiff                 *
vs.                                       *
                                          *
Silva Fishing Corp., Owner of the         *
F/V Lutador,                              *
                                          *
                Defendant                 *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## JOINT PROPOSED AGENDA
## FOR SCHEDULING CONFERENCE

Agenda

1. Pretrial schedule. *See* Joint Scheduling Statement.

2. Amending/Supplementing Complaint.

3. Trial by magistrate judge.

4. Settlement Proposal. *See* attached settlement proposal.

5. The possibility of mediation before a senior judge.

| Silva Fishing Corp., | New Bedford Fishermen's Pension Trust |
| By its attorneys | By its attorneys |
| *[signature]* | *[signature]* |
| John A. Markey, Jr. | Mary E. Kelleher |
| Moses, Smith & Markey, LLC | Mickelson ♦ Barnet, P.C. |
| 50 Homers Wharf | 30 Cornell Street |
| New Bedford, MA 02740 | New Bedford, MA 02740 |
| (508) 993-9711 | (508) 993-8800 |
| BBO # 633540 | BBO # 544537 |

Date 2/25/2005
G:\NBFP\SILVA\AGENDA (6017)

04-12433 JLT

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail (in-hand)

on 2/25/2005

*[signature]* Mary E. Kelleher

# Mickelson ♦ Barnet, P.C.
Counselors At Law
30 Cornell Street
New Bedford, MA 02740-1709

Telephone: (508) 993-8800 or (508) 997-9334
Facsimile: (508) 992-8031

Harvey B. Mickelson

Jay L. Horowitz
Gregory J. Koldys
Mary E. Kelleher
Carrie D. Hoyt

David S. Barnet
(1937-1994)

Mary E. Kelleher email: mek@mickelsonbarnet.com

February 15, 2005

John A. Markey, Jr., Esq.
Moses, Smith & Markey, LLC
50 Homers Wharf
New Bedford, MA 02740

> Re: New Bedford Fishermen's Pension Trust, By its Trustees
> Vs: Silva Fishing Corp., Owner of F/V Lutador
> No. 04-12433 JLT

Dear Mr. Markey:

My client proposes settling the above matter on the following terms payable forthwith:

1. $68,382.09, less $4,180.79 paid on December 28, 2004, plus

2. costs and attorney's fees amounting to $3,499.08 as of bill dated January 31, 2005, plus amounts incurred thereafter; and

3. the greater of liquidated damages of twenty (20%) percent of the delinquent sum or interest at the rate for delinquent federal income taxes.

Yours truly,

MICKELSON ♦ BARNET, P.C.

Mary E. Kelleher

MEK/gt
G/NBFP/SILVA/LTRS/MARKEY (6017)