UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -3  P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| NEW BEDFORD FISHERMEN'S PENSION TRUST FUND, BY ITS TRUSTEES, | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12433-JLT |
| SILVA FISHING CORP., OWNER OF THE F/V LUTADOR, | ) ) ) ) | |
| Defendant | ) | |

### DEFENDANT'S INITIAL DISCLOSURES

NOW COMES Defendant Silva Fishing Corp., by and through its counsel to comply with Rule 26 of the F.R.Civ.P. and Local Rule 26.2 to set forth he initial disclosures as follows:

1. Name and Known address of individuals likely to have discoverable information:

Ana C. Salvador
56 North Water Street
New Bedford, MA  02740

Fatima Aerias
56 North Water Street
New Bedford, MA  02740

Basil Castrovinci, Jr.
3235 Kennedy Boulevard
Jersey City, NJ  07305

Jose Silva
113 MacArthur Drive
New Bedford, MA  02740

Gerald Dhooge
48 Union Street
New Bedford, MA  02740

2. Relevant Documents Include:

    a. Financial Statements and Accounting Records of the Seafarers International Union

    b. Business Records regarding Pensioners, Union Members – Seafarers International Union

    c. Actuarial Accounting Records employed by Basil Castrovinci Associates, Inc.

    d. Business and Financial Records of Silva Fishing Corporation

    e. Correspondence between the Parties

3. Defendant acknowledges that it has withdrawn from the union and may be liable for withdrawal liability in some amount. Until the Defendant has received the union's accounting and actuarial records, Defendant cannot accurately determine the amount owed. In addition, Plaintiff is in the process of determining whether its own financial status entitles it to a partial exemption from the full withdrawal liability claimed by Plaintiff.

4. There is no insurance that is available in these circumstances. But, Defendant has set aside funds sufficient to pay the withdrawal liability in full and Defendant has previously stipulated that these funds shall remain encumbered until the instant dispute is resolved.

                                        Respectfully submitted,
                                        SILVA FISHING CORP.
                                        By his attorney,

                                        */s/ John A. Markey, Jr.*
                                        John A. Markey, Jr., Esq.
                                        50 Homers Wharf
                                        New Bedford, MA  02740
                                        (508)993-9711
                                        BBO #633540

## CERTIFICATE OF SERVICE

I, John A. Markey, Jr., attorney for the defendant herein, hereby certify that I caused to have served a copy of the foregoing document upon the plaintiff by mailing via first-class mail, postage prepaid, to Mary Kelleher, Esquire, Michelson, Barnet and Associates, 30 Cornell Street New Bedford, MA 02740

/s/ John A. Markey, Jr.
John A. Markey, Jr.

Dated: March 1, 2005