UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -3  P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

NEW BEDFORD FISHERMEN'S PENSION  )
TRUST FUND, BY ITS TRUSTEES,      )
                                  )
     Plaintiff                    )
                                  )
                                  )
v.                                )   CIVIL ACTION NO.
                                  )   04-12433-JLT
SILVA FISHING CORP., OWNER OF THE )
F/V LUTADOR,                      )
                                  )
     Defendant                    )

## DEFENDANT'S POTENTIAL DEPONENTS

NOW COMES Defendant Silva Fishing Corp., by and through its counsel to comply with this Court's Order to disclose the names of potential deponents in the above captioned case.

Ana C. Salvador
56 North Water Street
New Bedford, MA  02740

Fatima Aerias
56 North Water Street
New Bedford, MA  02740

Basil Castrovinci, Jr.
3235 Kennedy Boulevard
Jersey City, NJ  07305

Gerald Dhooge
48 Union Street
New Bedford, MA  02740

Respectfully submitted,
SILVA FISHING CORP.
By his attorney,

_____
John A. Markey, Jr., Esq.
50 Homers Wharf
New Bedford, MA  02740
(508)993-9711

CERTIFICATE OF SERVICE

    I, John A. Markey, Jr., attorney for the defendant herein, hereby certify that I caused to have served a copy of the foregoing document upon the plaintiff by mailing via first-class mail, postage prepaid, to Mary Kelleher, Esquire, Michelson, Barnet and Associates, 30 Cornell Street New Bedford, MA 02740

                                                      John A. Markey, Jr.

Dated: March 1, 2005