UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW BEDFORD FISHERMEN'S<br>PENSION TRUST, By its Trustees<br><br>Plaintiff,<br><br>v.<br><br>SILVA FISHING CORP., Owner of the<br>F/V LUTADOR<br><br>Defendants. | * * * * * * * * * * | Civil Action No. 04-12433-JLT |

ORDER

October 11, 2005

TAURO, J.

After a conference on October 6, 2005, this court hereby orders that:

1. The Parties shall arrange a meeting between their respective actuaries to determine the amount of withdrawal liability, if any. This meeting shall take place no later than November 8, 2005.

2. The Parties shall file a Status Report following the above-mentioned meeting.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge