**MOSES SMITH AND MARKEY, LLC**
ATTORNEYS AT LAW
50 HOMERS WHARF
NEW BEDFORD, MA 02740

TELEPHONE NO. (508) 993-9711
FAX NO. (508) 993-0469

KIMBERLY MOSES SMITH *
JOHN A. MARKEY, JR. †

HON. JOHN A. MARKEY
OF COUNSEL

* ADMITTED IN MA AND RI
† ADMITTED IN MA, RI AND CT

December 19, 2005

The Honorable Joseph L. Tauro
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

Re:  New Bedford Fishermen's Pension Trust Fund, by its Trustees vs.
 Silva Fishing Corp., Owner of the F/V Lutador
 <u>Docket No. 04-12433-JLT</u>

Dear Judge Tauro:

We are writing at your request to report on the results of our discussions with the actuary experts representing the two parties involved in the above captioned case. At our most recent Status Conference, you ordered the parties to coordinate a meeting of the actuarial experts to discuss the matter. Since that time, we have had several conference calls and we have exchanged follow up correspondence to narrow the dispute between the parties.

At this point, the experts have reached an impasse regarding the proper calculation for the withdrawal liability. In essence, the actuaries disagree as to the reasonableness of certain assumptions employed by the pension fund in calculating withdrawal liability. The parties also disagree as to whether the assumptions, in the aggregate, are reasonable.

Given that situation, the parties believe that a brief period allowing for written discovery culminating with an exchange of expert reports would allow the parties to efficiently try this case in a one day trial. We respectfully suggest the following schedule:

| | |
|---|---|
| Written Discovery Completed: | April 1, 2006 |
| Expert Reports Exchanged: | May 1, 2006 |
| Summary Judgment | June 1, 2006 |
| Final Pretrial Conference: | July 1, 2006 |
| Trial | Sept. 1, 2006 |

December 19, 2005
The Honorable Jospeh L. Tauro
Page Two

We hope that this letter is responsive to your request for a status report. If the Court would like additional information, the parties would be happy to appear for a further status conference. If the Court believes that this report is satisfactory and if the Court sees the aforementioned litigation schedule as reasonable, the parties will proceed accordingly to prepare the matter for trial.

Sincerely,

MARY E. KELLEHER
Plaintiff's Counsel

Sincerely,

JOHN A. MARKEY, JR.
Defendant's Counsel