UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12433-JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
New Bedford Fishermen's Pension Trust,   \*
By its Trustees,   \*
\*
            Plaintiff   \*
vs.   \*
\*
Silva Fishing Corp., Owner of the   \*
F/V Lutador,   \*
\*
            Defendant   \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE PRETRIAL AND TRIAL

Now comes the plaintiff and moves that this Court:

a.    continue the pretrial scheduled for June 21, 2006; and

b.    continue the trial scheduled for September 5, 2006.

As reason for this motion, it is represented as follows:

1.    Plaintiff's counsel needs additional time to prepare for trial and pretrial as she first learned of the above dates on Friday, June 16, 2006.

2.    Plaintiff's attorney was not a registered participant of Electronic Case Filing at the time the order setting the pretrial date and trial date was entered and therefore, did not receive electronic notice.

3.    Plaintiff's counsel did not receive mail notice of the order setting the pretrial and trial dates.

04-12433-JLT

4. There have been no requests for continuances by plaintiff or defendant.

5. The motion is not being submitted for any improper purpose.

6. Plaintiff's counsel informed plaintiff that she would be seeking a continuance and has provided her client with a copy of this motion.

7. I have conferred with counsel for defendant who is assenting to this motion.

In support of this motion, plaintiff relies on the Affidavit of Mary E. Kelleher filed herewith.

Plaintiff respectfully requests that the pretrial be scheduled no earlier than August 28, 2006, and that the trial be scheduled no earlier than October 2, 2006.

REQUEST FOR ORAL ARGUMENT

Plaintiff requests a hearing on this motion.

ASSENTED TO:

| | |
|---|---|
| Silva Fishing Corp.<br>By its attorneys | New Bedford Fishermen's Pension Trust<br>By its attorneys |
| _____/s/ John A. Markey, Jr._____<br>John A. Markey, Jr., BBO# 633540<br>Moses, Smith & Markey, LLC<br>50 Homers Wharf<br>New Bedford, MA 02740<br>(508) 993-9711<br>mosessmith.markey@verizon.net | _____/s/ Mary E. Kelleher_____<br>Mary E. Kelleher, BBO# 544537<br>Mickelson Barnet, P.C.<br>30 Cornell Street<br>New Bedford, MA 02740<br>(508) 993-8800<br>mek@mickelsonbarnet.com |

Date: June 19, 2006

G/NBFP/SILVA/MTN TO CONTINUE (6017)

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to attorney for defendant on June 19, 2006.

_____/s/ Mary E. Kelleher_____
Mary E. Kelleher

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12433-JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
New Bedford Fishermen's Pension Trust,　\*
By its Trustees,　\*
　\*
　　　　　　Plaintiff　\*
vs.　\*
　\*
Silva Fishing Corp., Owner of the　\*
F/V Lutador,　\*
　\*
　　　　　　Defendant　\*
　\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF MARY E. KELLEHER**

I, Mary E. Kelleher, depose and say:

1. I am an attorney licensed to practice in Massachusetts.

2. On Friday, June 16, 2006, I first learned of the pretrial date of June 21, 2006, and the trial date of September 5, 2006.

3. I need additional time to prepare for the pretrial and the trial.

4. I was not a registered participant of Electronic Case Filing at the time the order setting the pretrial and trial date was entered. I also did not receive any mail notice.

5. Counsel for defendant is assenting to this motion.

04-12433-JLT

6.     I have informed my client of the motion to continue and provided them a copy of the same.

Signed under the penalties of perjury this 19th day of June, 2006.

                                        /s/ Mary E. Kelleher

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to attorney for defendant on June 19, 2006.

        /s/ Mary E. Kelleher
Mary E. Kelleher, BBO# 544537
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
(508) 993-8800
mek@mickelsonbarnet.com