UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW BEDFORD FISHERMEN'S PENSION TRUST, By its Trustees | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 04-12433-JLT |
| SILVA FISHING CORP., Owner of the F/V LUTADOR | * * * | |
| Defendant. | * | |

ORDER

October 4, 2006

TAURO, J.

After the Conference held on October 4, 2006, this Court hereby orders that:

1. By October 18, 2006, the Plaintiff shall submit a Motion for Summary Judgment, and Defendant shall submit a Motion to Stay Proceedings Pending Arbitration.

2. By October 25, 2006, the Parties shall submit Opposition Memoranda to these motions.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge