UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW BEDFORD FISHERMEN'S<br>PENSION TRUST, By its Trustees<br><br>Plaintiff,<br><br>v.<br><br>SILVA FISHING CORP., Owner of the<br>F/V LUTADOR<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-12433-JLT |

ORDER

October 10, 2006

TAURO, J.

After considering the assertions made by Plaintiff in response to the Show Cause Order, this Court hereby orders that:

1. In the interest of promoting efficiency, the Parties submissions in support of and in opposition to Plaintiff's Motion for Summary Judgment should also address the issues of Default and Attorney's Fees. If the Plaintiff asserts that these issues are amenable to Summary Judgment, it should submit appropriate supporting affidavits.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro

United States District Judge