UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW BEDFORD FISHERMEN'S PENSION TRUST,
BY ITS TRUSTEES
    Plaintiff,

    V                    CA 04-12433-JLT

SILVA FISHING CORP.,
OWNER of the F/V LUTADOR
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

    The court having been advised on October 18, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                          /s/
                                        _____
                                        **Deputy Clerk**

October 18, 2006